**Order entered January 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00628-CR
No. 05-12-00629-CR
No. 05-12-00630-CR

**MAQUINN ABRAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-61042-R, F11-52177-R, F11-52340-R**

## ORDER

The Court **REINSTATES** the appeals.

On December 18, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On December 27, 2012, we received appellant's brief, together with an extension motion. Therefore, we **VACATE** the December 18, 2012 order requiring findings.

We **GRANT** the December 27, 2012 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     DAVID L. BRIDGES
JUSTICE